IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANTIAGO ABREU,

    Plaintiff,

v.

MARSHALLS OF MA, INC.,

    Defendant.

Case No. 1:16−cv−00509−JTN−ESC

Hon. Janet T. Neff

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The parties, by and through the undersigned counsel, stipulate and agree to the dismissal of Plaintiff's Complaint, and all claims made therein, against Defendant in its entirety with prejudice and without costs or fees to either party. This Court will retain jurisdiction in order to enforce any terms of the Settlement Agreement entered into by the parties.

    This is a final order and closes the case.

**IT IS SO ORDERED.**

Date: October 5, 2016

    /s/ Janet T. Neff
    Hon. Janet T. Neff
    United States District Judge

2

**IT IS SO STIPULATED:**

Date: October 4, 2016                         /s/ George T. Blackmore
                                              George T. Blackmore (P76942)
                                              Attorney for Plaintiff


Date: October 4, 2016                         */s/ Robyn E. Marsh*
                                              Robyn E. Marsh
                                              Attorney for Defendant